

1  HOOTAN TROY FARAHMAND (SBN: 230345)
   3575 Cahuenga Bl. West, #580
2  Los Angeles, CA 90068
   Telephone: (310) 560-0606
3  Facsimile: (310) 829-0225
   Email: htflaw@aol.com
4
   Attorneys for Plaintiff
5  STAR FABRICS, INC.

6

7

8              **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11  STAR FABRICS, INC., a California          Case No. **CV12-06645** CAS(CWx)
12  corporation,

13          Plaintiff,                        **PLAINTIFF'S COMPLAINT FOR:**

14  vs.                                       1. COPYRIGHT INFRINGEMENT;

15                                            2. VICARIOUS AND/OR
16  ROSS STORES, INC., a Delaware                CONTRIBUTORY COPYRIGHT
    Corporation; CREATIVE CUTE                    INFRINGEMENT
17  OPTIONS, INC., a California
    Corporation; KULDIP KAUR
18  KOHLI, an Individual; TEXTILE            <u>Jury Trial Demanded</u>
    MART INC., a New York
19  Corporation; HAMPTON APPAREL
    GROUP INC., dba LUXELL
20  INTIMATES, a New York
    Corporation; and DOES 1 through
21  10,
            Defendants.
22

23

24

25

26      Plaintiff STAR Fabrics, INC. ("Plaintiff" or "STAR FABRICS"), by and

27  though its undersigned attorneys, hereby prays to this honorable Court for relief and

28  remedy based on the following:

                                        1
                                **COMPLAINT**

## INTRODUCTION

Plaintiff creates and obtains unique two-dimensional graphic artworks for use on textiles, which textiles are transaction primarily in the fashion industry. Plaintiff owns these designs in exclusivity and makes sales of products bearing these designs for profit. This action is brought to recover damages for direct, vicarious, and contributory copyright infringement arising out of the misappropriation of Plaintiff's intellectual property rights in certain of these designs, and breach of contract, by Defendants, and each of them.

## JURISDICTION AND VENUE

1.     This action arises under the Copyright Act of 1976, Title 17 U.S.C. § 101 *et seq.*

2.     This Court has federal question jurisdiction under 28 U.S.C. § § 1331(m), 1338 (a-b).

3.     Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.     Plaintiff STAR FABRICS is a corporation organized and existing under the law of the State of California with its principal place of business located at 1440 East Walnut, Los Angeles, California 90011.

5.     Plaintiff is informed and believes and thereon alleges that Defendant ROSS STORES, INC. ("ROSS") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 4440 Rosewood Drive, Pleasanton, California 94588, and is doing business in and with the State of California.

6.     Plaintiff is informed and believes and thereon alleges that Defendant CREATIVE CUTE OPTIONS, INC. ("CUTE OPTIONS") is a corporation organized and existing under the laws of the State of California, with its principal

2

1   place of business located at 9221 Vanalden Avenue, Northridge, California 91324,

2   and is doing business in and with the State of California.

3       7.     Plaintiff is informed and believes and thereon alleges that Defendant

4   KULDIP KAUR KOHLI ("KOHLI") is an individual residing in California, who,

5   at the time of the events giving rise to this lawsuit, resided and did business in

6   California.  This lawsuit arises out of KHOLI's purposeful conduct and activities

7   within the State of California, which created a substantial connection with this

8   forum.

9       8.     Plaintiff is informed and believes and thereon alleges that Defendant

10  TEXTILE MART INC. ("TEXTILE MART") is a corporation organized and

11  existing under the laws of the State of New York, with its principal place of

12  business located at 1 Maiden Lane, 5th Floor, New York, New York, 10038, and is

13  doing business in and with the State of California.

14      9.     Plaintiff is informed and believes and thereon alleges that Defendant

15  HAMPTON  APPAREL GROUP INC., doing business as LUXELL INTIMATES

16  ("HAMPTON"), is a corporation organized and existing under the laws of the State

17  of New York, with its principal place of business located at 1 Maiden Lane, 5th

18  Floor, New York, New York, 10038, and is doing business in and with the State of

19  California.

20      10.    Plaintiff is informed and believes and thereon alleges that some of

21  Defendants DOES 1 though 3, inclusive, are manufacturers and/or vendors of

22  garments to Defendant, which DOE Defendants have manufactured and/or supplied

23  and are manufacturing and/or supplying garments comprised of fabric printed with

24  Plaintiff's  copyrighted  design(s)  (as  hereinafter  defined)  without  Plaintiff's

25  knowledge of consent or have contributed to said infringement.  The true names,

26  whether corporate, individual or otherwise, of Defendants DOES 1-3, inclusive, are

27  presently unknown to Plaintiff, which therefore sues said Defendants by such

28

**COMPLAINT**

1  fictitious names and will seek leave to amend this complaint to show their true
2  names and capacities when the same have been ascertained.

3      11.    Defendant DOES 4 though 10, inclusive, are other parties not yet
4  identified who have infringed Plaintiff's copyright, have contributed to the
5  infringement of Plaintiff's copyrights, or have engaged in one or more of the
6  wrongful practices alleged herein.  The true names, whether corporate, individual,
7  or otherwise, of Defendants 4 through 10, inclusive, are presently unknown to
8  Plaintiff, which therefore sues said Defendants by such fictitious names, and will
9  seek leave to amend this Complaint to show their true names and capacities when
10  the same have been ascertained.

11      12.    Plaintiff is informed and believes and thereon alleges that at all times
12  relevant hereto each of the Defendants was the agents, affiliate, officer, director,
13  manager, principal, alter-ego, and/or employee of the remaining Defendants and
14  was at all times acting within the scope of such agency, affiliation, alter-ego
15  relationship and/or employment; and actively participated in or subsequently
16  ratified and adopted, or both, each and all of the acts of conduct alleges, with full
17  knowledge of all the facts and circumstances, including, but not limited to, full
18  knowledge of each and every violation of Plaintiff's rights and the damages to
19  Plaintiff proximately caused thereby.

20              **CLAIMS RELATED TO DESIGN TITLE "61850"**

21      13.    Prior to the conduct complained of herein, Plaintiff purchased original
22  source artwork from an Italian art studio and created a multi-element design
23  suitable for printing on textiles.  Plaintiff allocated to this artwork the Internal
24  Design Code "61850" ("Subject Design") (attached hereto as EXHIBIT 1").

25      14.    Plaintiff applied for copyright registration from the United States
26  Copyright Office and was granted Registration No. VA0001-674-606 on August 3,
27  2009 (attached hereto as "EXHIBIT 2").

28

COMPLAINT

15.     Plaintiff formatted the Subject Design for use on textiles, sampled the Subject Design to prospective customers, and negotiated sales of fabric bearing the Subject Design.

16.     Plaintiff's investigation into the unlawful use of its proprietary designs revealed that CUTE OPTIONS and/or KHOLI were producing, manufacturing, distributing, and/or selling for profit garments which infringed the Subject Design("Infringing Garments A") (a photograph of Infringing Garments A is attached hereto as "EXHIBIT 3").

17.     Plaintiff's investigation further revealed that CUTE OPTIONS and/or KHOLI sold to ROSS and DOE defendants garments which infringed the Subject Design ("Infringing Garments A").

18.     Plaintiff's investigation into the unlawful use of its proprietary designs also revealed that ROSS, CUTE OPTIONS and/or KHOLI and DOE defendants were purchasing, distributing, and selling for profit Infringing Garments A.

19.     Plaintiff is informed and believes, and thereon alleges, that CUTE OPTIONS and/or KHOLI made slight alterations to the Subject Design and had its modified design printed elsewhere, with knowledge that the Subject Design was Plaintiff's proprietary design.

20.     None of the aforementioned transactions in Paragraphs 16 through 19 of this Complaint were authorized by Plaintiff, and all were in violation of Plaintiff's intellectual property rights.

## CLAIMS RELATED TO DESIGN TITLE "62386"

21.     Prior to the conduct complained of herein, Plaintiff created an original multi-element design suitable for printing on textiles.  Plaintiff allocated to this artwork the Internal Design Code "62386" ("Subject Design") (attached hereto as EXHIBIT 4").

22.     Plaintiff applied for copyright registration from the United States Copyright Office and was granted Registration No. VA0001-698-002 on January 7, 2010 (attached hereto as "EXHIBIT 5").

23.     Plaintiff formatted the Subject Design for use on textiles, sampled the Subject Design to prospective customers, and negotiated sales of fabric bearing the Subject Design.

24.     Plaintiff's investigation into the unlawful use of its proprietary designs revealed that TEXTILE MART and/or HAMPTON were producing, manufacturing, distributing, and/or selling for profit garments which infringed the Subject Design ("Infringing Garments B") (a photograph of Infringing Garments B is attached hereto as "EXHIBIT 6").

25.     Plaintiff's investigation further revealed that TEXTILE MART and/or HAMPTON sold to ROSS and DOE defendants garments which infringed the Subject Design ("Infringing Garments B").

26.     Plaintiff's investigation into the unlawful use of its proprietary designs also revealed that ROSS, TEXTILE MART, HAMPTON and/or DOE defendants were purchasing, distributing, and selling for profit Infringing Garments B.

27.     Plaintiff is informed and believes, and thereon alleges, that TEXTILE MART and/or HAMPTON sold made slight alterations to the Subject Design and had its modified design printed elsewhere, with knowledge that the Subject Design was Plaintiff's proprietary design.

28.     None of the aforementioned transactions in Paragraphs 24 through 27 of this Complaint were authorized by Plaintiff, and all were in violation of Plaintiff's intellectual property rights.

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against All Defendants)

29.    Plaintiff repeats, realleges, and incorporates herein by reference as though fully set forth the allegation contained in the preceding paragraphs of this Complaint.

30.    Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, accessed the Subject Design through, without limitation, the following: (a) access to Plaintiff's design library; (b) access to authorized or unauthorized reproductions in the possession of other direct and third-party vendors, retail stores, and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; and (c) access to Plaintiff's strike-offs, swatches, paper CADs and samples (d) access to garments in the marketplace manufactured from fabric lawfully printed through Plaintiff.

31.    Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is further informed and believes and thereon alleges that said Defendant(s) has an ongoing business relationship with Defendant retailers, and each of them, and supplied garments to said retailers, which garments infringed the Subject Design in that said garments were composed of fabric which featured unauthorized print designs that were identical or substantially similar to the Subject Design.

32.    Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by importing, creating, making, advertising and/or developing directly infringing and/or derivative works from the Subject Design and by importing, producing, distributing, and/or selling Infringing Garments A and B  through a nationwide network of retail stores and through on-line websites.

33.    Due to Defendants' acts of infringement, Plaintiff has suffered substantial damages to its business in an amount to be established at trial.

34.    Due to Defendants' act of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

**COMPLAINT**

35.   Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Design.  As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Design in an amount to be established at trial.

36.   Plaintiff issued cease and desist letters to Defendants, and each of them, and is informed and believes and thereon alleges that, in spite of their receipt of the aforementioned cease and desist demand letters, Defendants, and each of them, continued to sell Infringing Garments A and B in violation of Plaintiff's right as the copyright proprietor and owner of the Subject Design. Therefore Defendants' acts of copyright infringement as alleged above were, and continue to be, willful, intentional, and malicious, subjecting Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement.

37.   Defendants, and each of them, willfully and intentionally misappropriated, palmed-off and/or infringed Plaintiff's copyrighted Subject Designs, which renders Defendants, and each of them, liable for statutory damages as described herein.  Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or contributory Copyright Infringement – Against All Defendants)

38.   Plaintiff repeats, realleges, and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

39.   Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, knowingly induced, participated in, aided and abetted in, and

1   resultantly profited from the illegal reproduction, importation, purchase,
2   distribution, advertising and/or sales of product featuring the Subject Design as
3   alleged hereinabove.

4       40.   Plaintiff is informed and believes and thereon alleges that Defendants,
5   and each of them, are vicariously liable for the infringements alleged herein
6   because they had the right and ability to supervise the infringing conduct and
7   because they had a direct and financial interest in the infringing conduct.

8       41.   By reason of the acts of contributory and/or vicarious infringement of
9   Defendants, and each of them, acts of contributory and/or vicarious infringement as
10  alleged above, Plaintiff has suffered and will continue to suffer substantial damages
11  to its business in an amount to be established at trial, as well as additional general
12  and special damages in an amount to be established at trial.

13      42.   Due to Defendants' acts of contributory and/or vicarious copyright
14  infringement as alleged herein, Defendants, and each of them, have obtained direct
15  and indirect profits they would not otherwise have realized but for their
16  infringement of the Subject Design.  As such, Plaintiff is entitled to disgorgement
17  of Defendants' profits directly and indirectly attributable to Defendants'
18  infringement of the Subject Design, in an amount to be established at trial.

19      43.   Plaintiff is informed and believes and thereon alleges that Defendants,
20  and each of them, have continued to manufacture and/or sell Infringing Garments A
21  and B after Plaintiff demanded that they cease and desist from engaging in same.
22  Therefore Defendants' acts of copyright infringement as alleged above were, and
23  continue to be, willful, intentional and malicious, subjecting Defendants, and each
24  of them, to liability  therefore, including statutory damages under Section 504(c)(2)
25  of the Copyright Act in the sum of one hundred fifty thousand dollars ($150,000)
26  per infringement. Further, the willful and intentional misappropriation and/or
27  infringement by Defendants, and each of them, of Plaintiff's copyrighted Subject
28  Design renders Defendants, and each of them, liable for statutory damages as

described herein. Within the time permitted by law, Plaintiff will make its election between actual and statutory damages.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

### ***Against All Defendants***

1. <u>With Respect to Each Claim for Relief</u>

   a. That Defendants, their agents and servants be enjoined from importing, manufacturing, distributing, advertising, offing for sale, selling or otherwise trafficking in any product that infringes  Plaintiff's copyrights in the Subject Design in any manner;

   b. That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or if elected, before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 *et seq.*;

   c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 *et seq.*;

   d. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

   e. That Plaintiff be awarded pre-judgment interest as allowed by law;

   f. That Plaintiff be awarded the costs of this action; and

   g. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

///

///

///

COMPLAINT

1    DATED: July 30, 2012

2

3                                   By: _____
                                        HOOTAN TROY FARAHMAND, ESQ.
4                                       Attorneys for Plaintiff
                                        STAR FABRICS, INC.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury in this action pursuant to F.R.C.P. 38 and the Seventh Amendment of the Constitution.

DATED: July 30, 2012

By: _____
   HOOTAN TROY FARAHMAND, ESQ.
   Attorneys for Plaintiff
   STAR FABRICS, INC.

# Exhibit 1

#61850-    tif
*not actual size*
Star Fabrics, Inc.



#61850     .tif
Star Fabrics, Inc.

1-2005/8912



| OPA. | OPP | 307CC | 335AC | OPP | OPA | OPA | 250FD | 200HB | 0BB | 235BB | 230BG |

**Exhibit 2**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-674-606

**Effective date of
registration:**

August 3, 2009

---

## Title

**Title of Work:** 61850

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** June 15, 2007          **Nation of 1st Publication:** United States

## Author

■  **Author:** Edizione

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Domiciled in:** China

## Copyright claimant

**Copyright Claimant:** Star Fabrics, Inc.

1440 walnut street, Los Angeles, CA, 90011, United States

**Transfer Statement:** Assignment of Copyrights

## Certification

**Name:** Adir Haroni

**Date:** July 8, 2009

---

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month       Day       Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼
61850

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-674-606 | 2009 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| EDIZIONE | Star Fabrics, Inc. |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number  2a          Line Heading or Description  Name of Authors and Authors Nationality or Domicile

Incorrect Information as It Appears in Basic Registration ▼

Edizione   Domiciled in: China

Corrected Information ▼

Lisa Spa   Domiciled in: Italy

Explanation of Correction ▼

Sorry the correct author was overlooked.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages

| | |
|---|---|
| FORM CA RECEIVED | **FORM CA** |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ❑ YES ❑ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❑ Part B *or* ❑ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

Adir Haroni
1440 Walnut Street
Los Angeles, Ca. 90011

Phone ( 213 ) 688-2871     Fax ( 213 ) 688-2874     Email adirh@starfabrics.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

❑ author    ☑ owner of exclusive right(s)
❑ other copyright claimant    ❑ duly authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼   Adir Haroni      Date ▼ 09/23/2011

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Star Fabrics, Inc. |
| | Number/Street/Apt ▼ 1440 Walnut Street |
| | City/State/ZIP ▼ Los Angeles, Calif. 90011 |

**• YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 07/2008   Print: 07/2008 —•,000   Printed on recycled paper .

U.S. Government Printing Office: 2008-•••••/•• •••

**Exhibit 3**

**"Infringing Garments A"**



**Exhibit 4**



**Exhibit 5**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-698-002**

**Effective date of
registration:**

January 7, 2010

---

## Title

**Title of Work:** 62386

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 10, 2008      **Nation of 1st Publication:** United States

## Author

■      **Author:** Star Fabrics, Inc.

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Star Fabrics, Inc.

1440 Walnut Street, Los Angeles, CA, 90011, United States

## Certification

**Name:** Adir Haroni

**Date:** January 6, 2010

---

**Exhibit 6**

**"Infringing Garments B"**





# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Carla Woehrle.

The case number on all documents filed with the Court should read as follows:

## CV12- 6645 CAS (CWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

HOOTAN TROY FARAHMAND (SBN: 230345)
3575 Cahuenga Bl. West, #580
Los Angeles, CA 90068
Telephone: (310) 560-0606
Facsimile: (310) 829-0225

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STAR FABRICS. INC., a California Corporation,

PLAINTIFF(S)

v.

ROSS STORES, INC., a Delaware Corporation,

Please see attached form for list of additional parties

DEFENDANT(S).

CASE NUMBER

**CV12-06645** CAS ((Wx)

**SUMMONS**

TO:   DEFENDANT(S): <u>ROSS STORES, INC.; CREATIVE CUTE OPTIONS, INC.; KILDIP KAUR
KOHLI; TEXTILE MART INC.; HAMPTON APPAREL GROUP INC., dba LUXELL INTIMATES</u>

A lawsuit has been filed against you.

Within <u>  21  </u> days after service of this summons on you (not counting the day you received it), you
must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint
☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer
or motion must be served on the plaintiff's attorney, <u>H. Troy Farahmand</u>, whose address is
<u>3575 Cahuenga Bl. West, #580 Los Angeles, CA 90068</u>. If you fail to do so,
judgment by default will be entered against you for the relief demanded in the complaint.  You also must file
your answer or motion with the court.

Clerk, U.S. District Court

Dated: AUG - 1 2012

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed
60 days by Rule 12(a)(3)].*

## ADDITIONAL PARTIES ATTACHMENT
### Attachment to Summons

**SHORT TITLE: Star Fabrics vs. Ross Stores, Inc., et al.**

**List additional parties DEFENDANTS:**

CREATIVE CUTE OPTIONS, INC., a California Corporation; KULDIP KAUR KOHLI, an Individual; TEXTILE MART INC., a New York Corporation; HAMPTON APPAREL GROUP INC., dba LUXELL INTIMATES, a New York Corporation; and DOES 1 through 10

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Star Fabrics, Inc., a California Corporation | ROSS STORES, INC., et al. |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): Alameda, California |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) Hootan Troy Farahmand, Esq. 3575 Cahuenga Blvd. West, Suite 580 Los Angeles, California 90068 Tel.: (310) 560-0606 | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No          ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C Sec. 101, et seq., 1. COPYRIGHT INFRINGEMENT, 2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acc-ommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s):

CV12-06645

| FOR OFFICE USE ONLY: | Case Number: |
|---|---|

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

#### AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑No  ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
   Los Angeles County

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
   Ross Stores, Inc.: Delaware
   Ross Dress For Less, Inc.: Virginia
   Creative Cute Options, Inc.: Los Angeles County
   Harminder Singh Kohli: Los Angeles County
   Kuldip Kaur Kohli: Los Angeles County

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
   Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  **Date** _____July 30, 2012_____

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |